IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CHARLES E LINDSEY, )
)
        Plaintiff, )
)
vs. ) Case No. 19-00228-CV-W-ODS
)
WILLIAM BARR, )
U.S. Attorney General, et al., )
)
        Defendants. )

## ORDER DISMISSING MATTER

On March 28, 2019, the Court issued an order directing Plaintiff to pay the filing fee or file a motion for leave to proceed *in forma pauperis* with a complete financial affidavit. Doc. #4. Plaintiff was required to comply with the Court's Order by April 18, 2019, or this matter would be dismissed without further notice. To date, Plaintiff has not complied with the Court's Order, and the deadline to do so has passed. Accordingly, this matter is dismissed.

IT IS SO ORDERED.

DATE: April 29, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT